Caporali v. Zunic [30] .................. 97 WDA 2016    11/28/2016    FD–12–007028–016
Affirmed                                                    (Allegheny)

Com. v. Bowersox ................... 158 WDA 2016    11/28/2016    CP–25–CR–0002503–
Quashed                                                    2012
                                                               (Erie)

Sonoga v. Preston Ford, Inc. [31] ........ 209 WDA 2016    11/28/2016    No. GD12–4034
Reversed and                                         (Allegheny)
Remanded

Com. v. Thompson ................... 3604 EDA 2015    11/29/2016    CP–23–CR–0003334–
Quashed                                                    2014
                                                              (Delaware)

Com. v. Hawes ...................... 216 EDA 2016    11/29/2016    CP–51–CR–0010090–
Affirmed                                                    2011
                                                          (Philadelphia)

Com. v. Lisinichia ................... 912 EDA 2016    11/29/2016    CP–48–CR–0003869–
Affirmed                                                    2015
Application to                                        (Northampton)
Withdraw as
Counsel
Granted

Com. v. Chang ...................... 1328 EDA 2016    11/29/2016    CP–45–CR–0000376–
Affirmed                                                    2010
                                                           (Monroe)

Com. v. Manning .................... 2003 MDA 2015    11/29/2016    CP–28–CR–0001169–
Affirmed                                                    2012
                                                           CP–28–CR–0001173–
                                                           2012
                                                           CP–28–CR–0001674–
                                                           2011
                                                           (Franklin)

Com. v. Bonilla ..................... 2130 MDA 2015    11/29/2016    CP–38–CR–0000680–
Affirmed                                                    2010
                                                           (Lebanon)

Edwards v. Agostinelli ............... 2234 MDA 2015    11/29/2016    06–3286
Quashed                                                    2006–4444
                                                           (Centre)

Com. v. Clark ....................... 15 MDA 2016    11/29/2016    CP–22–CR–0003745–
Affirmed                                                    2006
                                                           CP–22–CR–0003747–
                                                           2006
                                                           (Dauphin)

Com. v. Cooper ..................... 244 MDA 2016    11/29/2016    CP–36–CR–0001419–
Affirmed                                                    2015
                                                           (Lancaster)

Com. v. Stahl ....................... 1937 WDA 2014    11/29/2016    CP–65–CR–0001233–
Affirmed                                                    2012
                                                           (Westmoreland)

Com. v. Stahl ....................... 1938 WDA 2014    11/29/2016    CP–65–CR–0001233–
Affirmed                                                    2012
                                                           (Westmoreland)

---

**30.** Petition for reargument denied February 03, 2017.

**31.** Petition for reargument denied January 26, 2017.